**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

CONVEY IT, INC., :

           Plaintiff,

Case No. 3:10-cv-457

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

  -vs-

DANIEL CHATFIELD, *et al.,*

           Defendants. :

---

**ORDER FOR ORAL ARGUMENT ON OBJECTIONS TO REPORT AND
RECOMMENDATIONS**

---

This case is before the Court on Plaintiff's Objections (Doc. No. 46) to the Magistrate Judge's[1] Report and Recommendations (Doc. No. 45) recommending that Defendants' Motion for Partial Judgment on the Pleadings (Doc. No. 32) be granted. The General Order of Reference for the Dayton location of court permits a magistrate judge to reconsider decisions or reports and recommendations when objections are filed.

In the Objections, Plaintiff requests oral argument. That request is GRANTED. Under Fed. R. Civ. P. 72, Defendants have until May 3, 2012, to respond to the Objections. Once Defendants' response is filed, counsel for both parties should consult on the length of time needed for oral

---

[1] The Objections refer to the undersigned as Chief Magistrate Judge. I serve in that capacity from December 1, 2004, to December 1, 2008. The Honorable Terrence P. Kemp is presently the Chief Magistrate Judge for the term ending December 1, 2012.

argument, then jointly contact Judicial Assistant Kelly Kopf (937-512-1550) to set a time and courtroom for that argument.

April 23, 2012.

s/ **Michael R. Merz**<br>
United States Magistrate Judge