IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CONVEY IT, INC., :

        Plaintiff,

-vs-

DANIEL CHATFIELD, *et al.*,

        Defendants. :

Case No. 3:10-cv-457

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Objections (Doc. No. 46) to the Magistrate Judge's Report and Recommendations (Doc. No. 45). As permitted by Fed. R. Civ. P. 72, the Defendants have filed a Response to those Objections (Doc. No. 49).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report and recommendations analyzing the Objections and Response and making recommendations based on that analysis after oral argument.

*/s/ Walter Herbert Rice*
Walter Herbert Rice
United States District Judge

1