IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| CONVEY IT, INC., | : |
| | : Case No. 3:10-cv-457 |
| | : |
| Plaintiff(s), | : JUDGE WALTER HERBERT RICE |
| - vs - | : |
| | : |
| DANIEL CHATFIELD, et. al. | : |
| Defendant(s). | : |
| | : |

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

November 13, 2012

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Case settled with final dismissal papers due within 30 days."