IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CONVEY IT, INC., | : | CASE NO. 3:10-CV-00457-WHR |
| Plaintiff, | : | Judge Rice |
| | : | Magistrate Judge Merz |
| v. | : | **ORDER OF DISMISSAL** |
| DANIEL CHATFIELD, et al., | : | |
| Defendants. | : | |

Pursuant to this Court's express retention of jurisdiction to enforce the terms of the parties' Settlement Agreement dated December 20, 2012 (see <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 381-82 (1994)), the Court hereby orders, adjudges and decrees that all claims against Defendants are hereby dismissed with prejudice, with each party to bear its own fees; court costs to be borne by Plaintiff.

IT IS SO ORDERED.

_____
Hon. Walter H. Rice
United States District Judge

686149v1